No. 97. COMMISSIONER OF INTERNAL REVENUE *v.*
FENDER SALES, INC. C. A. 9th Cir. Certiorari denied.
*Solicitor General Cox, Assistant Attorney General Ober-
dorfer, Melva M. Graney* and *David I. Granger* for peti-
tioner.

No. 99. HENRIQUES *v.* CALIFORNIA. Dist. Ct. App.
Cal., 2d App. Dist. Certiorari denied. *Bert B. Rand*
for petitioner.

No. 101. SHEPHARD, GUARDIAN *v.* COMMISSIONER OF
INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.
*William R. Bagby* for petitioner. *Solicitor General Cox,
Assistant Attorney General Oberdorfer* and *Melva M.
Graney* for respondent.

No. 102. ECONOMY FORMS CORP. *v.* TRINITY UNI-
VERSAL INSURANCE CO. ET AL. C. A. 8th Cir. Certiorari
denied. *Harlan J. Thoma* and *Herbert L. Meschke* for
petitioner. *Rodger John Walsh* for respondents.

No. 103. UNITED DRAPERIES, INC. *v.* COMMISSIONER
OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari de-
nied. *Harold R. Burnstein, John W. Hughes* and *George
Brode* for petitioner. *Solicitor General Cox, Assistant
Attorney General Oberdorfer, Meyer Rothwacks* and
*Fred E. Youngman* for respondent.

No. 107. WALTHAM WATCH CO. ET AL. *v.* FEDERAL
TRADE COMMISSION. C. A. D. C. Cir. Certiorari denied.
*B. Paul Noble* for petitioners. *Solicitor General Cox,
Assistant Attorney General Orrick, Lionel Kestenbaum,
James McI. Henderson, Charles C. Moore, Jr.,* and *Lester
A. Klaus* for respondent.